No. 11–9298. LUCAS v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 11–9346. TUCKER v. MURPHY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 11–9371. CHRISTENSEN v. COURT OF APPEALS OF UTAH. Sup. Ct. Utah. Certiorari denied.

No. 11–9376. MORENO v. ADAMS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–9377. ANH VU NGUYEN v. WINGLER. C. A. 9th Cir. Certiorari denied.

No. 11–9382. MUCHNICK v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 11–9386. JONES v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 11–9388. BRYANT v. GROUNDS, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–9403. WRIGHT v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–9469. RAI v. BARCLAYS CAPITAL, INC. C. A. 2d Cir. Certiorari denied.

No. 11–9489. WADE v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 11–9550. YOUNG v. MILLER-STOUT, SUPERINTENDENT, AIRWAY HEIGHTS CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.

No. 11–9558. FARRIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–9567. REYNOLDS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–9571. RUHBAYAN, AKA WOOD, AKA JOHNSON, AKA RUH'ALAMIN, AKA RUHALAMIN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.